# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.  EDCV 18-1371 GW (SS)  Date: October 12, 2018
Page 1 of 1

Title:  Nicholus Andrew Saavedra v. Nancy A. Berryhill, Commissioner of Social

| DOCKET ENTRY: | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
| --- | --- | --- |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF(S):     ATTORNEYS PRESENT FOR DEFENDANT(S):

None Present                                                            None Present

**PROCEEDINGS: (IN CHAMBERS)**

On June 27, 2018, Nicholus Andrew Saavedra ("Plaintiff") filed a Complaint seeking review of Defendant's decision denying disability benefits. Pursuant to the Court's July 2, 2018 Order Re: Procedures In Social Security Appeal, Plaintiff was required to file a proof of service of the Complaint by September 26, 2018. As of today, Plaintiff has not filed a proof of service.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **fourteen (14) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff may discharge this Order by either filing a proof of service or a declaration, signed under penalty of perjury, establishing good cause as to why Plaintiff has been unable to file a proof of service.

**Plaintiff is expressly advised that failure to timely file a proof of service or a declaration in response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**

The Clerk of the Court is directed to serve a copy of this Order on counsel for Plaintiff and counsel for Defendant.

MINUTES FORM 11
CIVIL-GEN                                                                                          Initials of Deputy Clerk MR