# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.   EDCV 18-1371 GW (SS)                Date: April 8, 2019
                                               Page 1 of 1

Title:     Nicholus Andrew Saavedra v. Nancy A. Berryhill, Commissioner of Social

DOCKET ENTRY: **ORDER (1) VACATING DECEMBER 10, 2018 REPORT AND RECOMMENDATION; (2) DIRECTING PLAINTIFF TO FILE HIS OPENING BRIEF WITHIN 14 DAYS; and (3) IF PLAINTIFF FAILS TO FILE BRIEF, ORDERING PLAINTIFF TO SHOW CAUSE WITHIN 21 DAYS WHY THE CASE SHOULD NOT BE DISMISSED**

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF(S):        ATTORNEYS PRESENT FOR DEFENDANT(S):

None Present                                None Present

**PROCEEDINGS: (IN CHAMBERS)**

On June 27, 2018, Nicholus Andrew Saavedra ("Plaintiff"), proceeding pro se, filed a Complaint seeking to reverse the decision of the Acting Commissioner of Social Security ("Defendant") denying Plaintiff's application for disability benefits. (Dkt. No. 1). Pursuant to the Court's July 2, 2018 Order Re: Procedures In Social Security Appeal, Plaintiff was required to file a proof of service of the Complaint by September 26, 2018. (Dkt. No. 7). On October 12, 2018, the Court issued an Order To Show Cause Why This Action Should Not Be Dismissed For Failure To Prosecute ("OSC") because Plaintiff had failed to file a proof of service as required by the Court's July 2 Order. (Dkt. No. 9). The Court set a deadline of October 26, 2018, for Plaintiff to respond to the OSC. (Id.). When Plaintiff failed to comply, the Court issued a Report and Recommendation on December 10, 2018, recommending that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to prosecute and obey court orders. (Dkt. No. 11).

As of this date, Plaintiff still has not filed a proof of service, nor has he participated in this action in any way since filing his initial Complaint more than nine months ago, on June 27, 2018. On February 15, 2019, Defendant filed an Answer, along with the certified administrative record. (Dkt. Nos. 15, 16). The Court finds it appropriate to provide Plaintiff one more opportunity to pursue this action.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.     EDCV 18-1371 GW (SS)               Date: April 8, 2019
                                                Page 2 of 1

Title:       Nicholus Andrew Saavedra v. Nancy A. Berryhill, Commissioner of Social

      Accordingly, the Court **VACATES** the December 10, 2018 Report and Recommendation (Dkt. No. 11). The Court **ORDERS** Plaintiff to file and serve a memorandum in support of the Complaint (not to exceed a total of 25 pages) within **fourteen (14) days** of the date of this Order. <u>**Alternatively**</u>, if Plaintiff fails to comply with this deadline, the Court **ORDERS** Plaintiff to **SHOW CAUSE** within **twenty-one (21) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

      **Plaintiff is expressly advised that failure to timely file a memorandum or a declaration in response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**

      The Clerk of the Court is directed to serve a copy of this Order on Plaintiff and counsel for Defendant.

      cc.  District Judge George Wu