|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| NICHOLUS ANDREW SAAVEDRA, | Case No. EDCV 18-1371 GW (SS) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS,** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Second Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Second Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice for failure to prosecute and obey Court orders.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff and counsel for Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 13, 2019

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE